**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fried L., | Civil No. 18-3440 (DWF/DTS) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Secretary of Homeland Security, et al., | |
| Respondents. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated July 3, 2019 (Doc. No. 16). No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Schultz's July 3, 2019 Report and Recommendation (Doc. No. [16]) is **ADOPTED**.

2. Fried L.'s Petition for a Writ of Habeas Corpus (Doc. No. [1]) is **DENIED AS MOOT**.

3. This action is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 20, 2019          s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge